**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN L. PULLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06cv01416 |
| THE CHRONICLE OF HIGHER EDUCATION, | * | Judge: Rosemary M. Collyer |
| | * | |
| Defendant. | * | |
| | * | |

\* * * * * * * * *

**ENTRY OF APPEARANCE**

Please enter the appearance of Eric Paltell, and Kollman & Saucier, P.A. as counsel for the Defendant The Chronicle of Higher Education.

Respectfully submitted,

_____-s-_____
Eric Paltell
Bar No. 445285
Kollman & Saucier, P.A.
Sun Life Building, 8th Floor
20 South Charles Street
Baltimore, Maryland 21201
(410) 727-4300

Attorneys for Defendant
The Chronicle of Higher Education