## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. PULLEY, | * |
| Plaintiff, | * |
| v. | *   Case No. 1:06cv01416 |
| THE CHRONICLE OF HIGHER EDUCATION, | *   Judge: Rosemary M. Collyer |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff John L. Pulley and Defendant, The Chronicle of Higher Education ("The Chronicle"), by counsel and pursuant to the Federal Rules of Civil Procedure, hereby agree that The Chronicle shall have up to and including September 15, 2006 to move, plead or otherwise respond to Plaintiff's Complaint. As grounds for this Consent Motion, the parties state:

1. Plaintiff's Complaint was filed August 9, 2006. The Chronicle has retained outside counsel, who recently accepted service of the Complaint.

2. Defense counsel contacted Plaintiff's counsel, Steven C. .Kahn, and obtained agreement to an extension of time until September 15, 2006 to respond to the Complaint.

3. The interests of justice will not be adversely affected by this extension.

Respectfully submitted,

| | |
|---|---|
| _-s-_ | _-s-_ |
| Steven C. Kahn | Eric Paltell |
| Bar No.: 330431 | Bar No. 445285 |
| Law Offices of Steven C. Kahn | Kollman & Saucier, P.A. |
| 5028 Wisconsin Avenue, NW, Suite 300 | Sun Life Building, 8th Floor |
| Washington, D.C.  20016 | 20 South Charles Street |
| (202) 537-6789 | Baltimore, Maryland  21201-3220 |
| | 410-727-4300 |
| Counsel for John L. Pulley | Counsel for The Chronicle of Higher Education |