**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN L. PULLEY, | * | |
|     Plaintiff, | * | |
| v. | * | Case No. 1:06cv01416 |
| THE CHRONICLE OF HIGHER EDUCATION, | * | Judge: Rosemary M. Collyer |
| | * | |
|     Defendant. | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties Consent Motion for the Extension of Time, and for good cause shown, it is this _____ day of _____, 2006, hereby

**ORDERED** that the Motion be **GRANTED**. Defendant shall have up to and including September 15, 2006 to move, plead, or otherwise respond to Plaintiff's Complaint.

_____
Judge Rosemary M. Collyer