# Eric Paltell - separation offer

| | |
|---|---|
| **From:** | "Steven Kahn" <SKahn@connollyrodgerslaw.com> |
| **To:** | <phil.semas@chronicle.com> |
| **Date:** | 3/2/2006 5:17 PM |
| **Subject:** | separation offer |
| **CC:** | "john pulley" <johnlpulley@yahoo.com>, <epaltell@kollmanlaw.com> |

Phil,

Attached is an electronic version of the letter rescinding my acceptance of The Chronicle's Separation Offer.

Sincerely,

John L. Pulley

**EX. 2**

March 2, 2006


Via Email and Federal Express

Mr. Philip W. Semas
Editor in Chief
The Chronicle of Higher Education
1255 Twenty Third Street, NW
Washington, DC 20037

Re: Separation Offer

Dear Philip:

I hereby revoke and rescind my February 24, 2006 acceptance of the Separation Offer in accordance with its terms.

Sincerely,



John L. Pulley


Cc: Eric Paltell