LAW OFFICES

# KOLLMAN & SAUCIER, P. A.

FRANK L. KOLLMAN
PETER S. SAUCIER
DARRELL R. VANDEUSEN
CLIFFORD B. GEIGER
PATRICK J. STEWART
ANTHONY P. PALAIGOS
ERIC PALTELL
SARAH E. LONGSON

THOMAS A. BOWDEN
KELLY CULP HOELZER
SARAH C. CHERNISH
KEVIN J. ALLIS
CLIFTON R. GRAY

8TH FLOOR, SUN LIFE BUILDING
20 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3225

www.kollmanlaw.com

BALTIMORE
(410) 727-4300

WASHINGTON
(202) 408-0274

TELECOPIER
(410) 727-4391

OF COUNSEL
ROBERTO N. ALLEN

September 14, 2006

Steven C. Kahn, Esquire
5028 Wisconsin Avenue, N.W., Suite 300
Washington, D.C. 20016

Re:  **Pulley v. The Chronicle of Higher Education**
     **Civil Action No.: 1:06CV01416**

Dear Steve:

As you know, on January 26, 2006, The Chronicle of Higher Education offered Mr. Pulley a severance pay package which included 26 weeks of salary continuation. After discussions with Mr. Pulley's counsel, The Chronicle revised its severance offer by increasing the amount of severance pay offered to 30 weeks.

On February 24, 2006, Mr. Pulley signed the severance offer contained in the February 23, 2006 letter. A copy of the signed agreement is enclosed for your reference. Thereafter, on March 2, 2006, Mr. Pulley revoked his acceptance of the separation offer. A copy of his revocation is also enclosed.

Under the terms of the February 23, 2006 letter, Mr. Pulley agreed as follows:

> In the event you do revoke this agreement, you shall be required to repay to The Chronicle the compensation paid to you for the pay period covering February 16 through February 28, 2006.

Because Mr. Pulley signed the February 23, 2006 agreement, and thereafter revoked his execution, he is required to repay The Chronicle the sum of $3,395.83. This amount equates to his gross pay for the period from February 16, 2006 to February 28, 2006. Please instruct Mr. Pulley to make payment in that amount to The Chronicle of Higher Education no later than September 30, 2006.

EX. 3

Steven C. Kahn, Esquire
September 14, 2006
Page 2 of 2

---

      In the event that The Chronicle does not receive payment in full on or before September 30, 2006, The Chronicle will take necessary action to enforce this obligation, including, but not limited to, amending The Chronicle's Answer to the Complaint to include a counterclaim for breach of contract.

      Please feel free to call me should you have any questions.

                            Sincerely,

                            Eric Paltell

EP/lam
Enclosures