IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. PULLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06 CV 01416 |
| v. ) | |
| ) | Judge:  Rosemary M. Collyer |
| THE CHRONICLE OF HIGHER EDUCATION ) | |
| ) | |
| Defendant. ) | |

**PROPOSED SCHEDULING ORDER**

In accordance with L.Civ.R. 16(d), the parties submit the following proposed schedule:

**Deadlines**

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | December 29, 2006 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | January 5, 2007 |
| Defendant's Rule 26(a)(2) disclosures re experts | February 2, 2007 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | February 13, 2007 |
| Rule 26(a)(2) supplementation of disclosures and responses | February 20, 2007 |
| Close of discovery | February 28, 2007 |
| Dispositive pretrial motions deadline | March 30, 2007 |
| Oppositions to dispositive motions | April 30, 2007 |
| Reply briefs in support of dispositive motion | May 15, 2007 |

Final pretrial conference              May 22, 2007

      Respectfully submitted,

      **CONNOLLY, RODGERS & SCHARMAN, LLC**


      By _____
        William J. Rodgers
        5028 Wisconsin Avenue, N.W.
        Suite 300
        Washington, DC  20016
        (202) 537-6789

      **LAW OFFICES OF STEVEN C. KAHN**


      By _____
        Steven C. Kahn
        5028 Wisconsin Avenue, N.W.
        Suite 300
        Washington, DC  20016
        (202) 537-6789

        Attorneys for Plaintiff
        John L. Pulley

      **KOLLMAN & SAUCIER, P.A.**


      By _____
        Eric Paltell
        1823 York Road
        Timonium, MD  21093
        (410) 727-4300

        Attorneys for Defendant
        The Chronicle of Higher Education

Dated:  October 2, 2006