IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN L. PULLEY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CHRONICLE OF HIGHER EDUCATION ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:06 CV 01416 <br><br> Judge:  Rosemary M. Collyer |

## PROPOSED SCHEDULING ORDER

In accordance with L.Civ.R. 16(d), the parties submit the following proposed schedule:

### Deadlines

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | December 29, 2006 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | January 5, 2007 |
| Defendant's Rule 26(a)(2) disclosures re experts | February 2, 2007 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | February 13, 2007 |
| Rule 26(a)(2) supplementation of disclosures and responses | February 20, 2007 |
| Close of discovery | February 28, 2007 |
| Dispositive pretrial motions deadline | March 30, 2007 |
| Oppositions to dispositive motions | April 30, 2007 |
| Reply briefs in support of dispositive motion | May 15, 2007 |

Final pretrial conference							May 22, 2007

          Respectfully submitted,

          **CONNOLLY, RODGERS & SCHARMAN, LLC**


By _____
    William J. Rodgers
    5028 Wisconsin Avenue, N.W.
    Suite 300
    Washington, DC  20016
    (202) 537-6789

**LAW OFFICES OF STEVEN C. KAHN**


By _____
    Steven C. Kahn
    5028 Wisconsin Avenue, N.W.
    Suite 300
    Washington, DC  20016
    (202) 537-6789

    Attorneys for Plaintiff
    John L. Pulley

**KOLLMAN & SAUCIER, P.A.**


By _____
    Eric Paltell
    1823 York Road
    Timonium, MD  21093
    (410) 727-4300

    Attorneys for Defendant
    The Chronicle of Higher Education

Dated:  October 2, 2006