**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN L. PULLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06cv01416 |
| THE CHRONICLE OF HIGHER EDUCATION, | * | Judge: Rosemary M. Collyer |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff John L. Pulley ("Pulley") and Defendant The Chronicle of Higher Education (the "Chronicle"), by their undersigned counsel, jointly move pursuant to Fed. R. Civ. P. 26(c) for the entry of a Stipulated Protective Order in the form submitted separately herewith.

1. The parties agree that discovery has and may involve the disclosure of documents or information of a confidential, proprietary, personal or secret nature.

2. The parties stipulate that the Court may enter a Protective Order to maintain the confidentiality of any such confidential, proprietary, personal or secret documents or information.

3. To effectuate this stipulation, Pulley and the Chronicle, through their undersigned counsel, hereby jointly move the Court to enter a Protective Order containing the terms shown on the proposed Stipulation and Protective Order Regarding Confidentiality of Discovery Materials submitted herewith.

                                      Respectfully submitted,

| _-s-_ | _-s-_ |
|---|---|
| Steven C. Kahn | Eric Paltell |
| Law Offices of Steven C. Kahn | Bar No. 445285 |
| 5028 Wisconsin Avenue, N.W. | Kollman & Saucier, P.A. |
| Suite 300 | The Business Law Building |
| Washington, D.C. 20016 | 1823 York Road |
| (202) 537-6789 | Timonium, Maryland 21093 |
|  | (410) 727-4300 |
|  |  |
| Attorneys for Plaintiff | Attorneys for Defendant |
| John L. Pulley | The Chronicle of Higher Education |