IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN L. PULLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06cv01416 |
| THE CHRONICLE OF HIGHER EDUCATION, | * | Judge: Rosemary M. Collyer |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \*

## MOTION FOR ENTRY OF REVISED PROTECTIVE ORDER

Plaintiff John L. Pulley ("Pulley") and Defendant The Chronicle of Higher Education (the "Chronicle"), by their undersigned counsel, jointly move pursuant to Fed. R. Civ. P. 26(c) for the entry of a Revised Protective Order in the form submitted separately herewith.

1. The parties agree that discovery has and may involve the disclosure of documents or information of a confidential, proprietary, personal or secret nature.

2. The parties stipulate that the Court may enter a Revised Protective Order to maintain the confidentiality of any such confidential, proprietary, personal or secret documents or information. The Protective Order previously submitted to this Court has been revised to define "confidential information" as material that contains medical information, personnel information concerning Defendant's current or former employees,

or proprietary business information which is not generally known to persons outside of Defendant's employ.

      3.      To effectuate this stipulation, Pulley and the Chronicle, through their undersigned counsel, hereby jointly move the Court to enter a Revised Protective Order containing the terms shown on the proposed Revised Stipulation and Protective Order Regarding Confidentiality of Discovery Materials submitted herewith.

      Respectfully submitted,

| | |
|---|---|
| _-s-_ | _-s-_ |
| Steven C. Kahn | Eric Paltell |
| Law Offices of Steven C. Kahn | Bar No. 445285 |
| 5028 Wisconsin Avenue, N.W. | Kollman & Saucier, P.A. |
| Suite 300 | The Business Law Building |
| Washington, D.C. 20016 | 1823 York Road |
| (202) 537-6789 | Timonium, Maryland 21093 |
| | (410) 727-4300 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| John L. Pulley | The Chronicle of Higher Education |