## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN L. PULLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No.  1:06cv01416 |
| THE CHRONICLE OF HIGHER EDUCATION, | * | Judge: Rosemary M. Collyer |
| | * | |
| Defendant. | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*

## CONSENT MOTION FOR REFERRAL TO A SETTLEMENT CONFERENCE

Plaintiff John L. Pulley and Defendant, The Chronicle of Higher Education ("The Chronicle"), by counsel and pursuant to the Federal Rules of Civil Procedure, hereby provide the Court with the following status report and request that the case be referred to a settlement conference before a Magistrate Judge.

1.    Under the Court's October 19, 2006 Scheduling Order, the parties were required to attend a Status Conference on January 19, 2007 to inform the Court whether or not they were agreeable to pursuing mediation or other alternative dispute resolution.  Unfortunately, due to the Court's trial calendar, the status conference was postponed, and has not yet been rescheduled.

2.    Counsel for both parties are agreeable to submission to alternative dispute resolution.  Specifically, the parties request that the case be referred to a settlement conference before a Magistrate Judge of the United States District Court for

the District of Columbia at the Court's earliest convenience.  In order to conserve

litigation costs we also request that the deadline for completion of discovery be extended

until thirty (30) days after the date of the settlement conference.

        3.    Counsel for both parties would be glad to discuss this matter further

with the court, either in person or telephonically, at the court's convenience.

Respectfully submitted,


| | |
|---|---|
| *-s-* | *-s-* |
| Steven C. Kahn | Eric Paltell |
| Bar No.: 330431 | Bar No. 445285 |
| Law Offices of Steven C. Kahn | Kollman & Saucier, P.A. |
| 5028 Wisconsin Avenue, NW, Suite 300 | The Business Law Building |
| Washington, D.C.  20016 | 1823 York Road |
| (202) 537-6789 | Timonium, Maryland  21093 |
| | 410-727-4300 |
| Counsel for John L. Pulley | Counsel for The Chronicle of Higher Education |