# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN L. PULLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06cv01416 |
| THE CHRONICLE OF HIGHER EDUCATION, | * | Judge: Rosemary M. Collyer |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties Consent Motion, and for good cause shown, it is this _____ day of _____, 2007, hereby

**ORDERED** that the Motion be **GRANTED**. This case shall be referred to a settlement conference before a Magistrate Judge; and the deadline for completion of discovery will be extended until thirty (30) days after the date of the settlement conference.

_____
Judge Rosemary M. Collyer