IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN L. PULLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06cv01416 |
| THE CHRONICLE OF HIGHER EDUCATION, | * | Judge: Rosemary M. Collyer |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

COMES NOW, Plaintiff, John Pulley, and Defendant, The Chronicle of Higher Education, pursuant to the Court's January 24, 2007 Minute Order, and hereby file this Joint Status Report.

1. On February 27, 2007, counsel participated in a Settlement Conference before the Honorable Judge John Facciola.

2. Unfortunately, Judge Facciola was unable to resolve the case at the Settlement Conference, and the parties will need to resume discovery.

3. Plaintiff needs to take at least three additional depositions and the parties also need to exchange additional documents. Because of existing commitments and travel schedules, the parties will need until May 15, 2007 to complete discovery.

4. Accordingly, the parties request that the Court's Scheduling Order be modified as follows:

      a.      Discovery shall be completed no later than May 15, 2007;

      b.      Dispositive motions shall be filed no later than June 15, 2007;

      c.      Oppositions to dispositive motions shall be filed no later than July 16, 2007;

      d.      Replies in support of dispositive motions shall be filed no later than August 1, 2007.

5.      The parties intend to revisit settlement discussions prior to filing any dispositive motions.

      Respectfully submitted,

| | |
|---|---|
| /s/ Steven C. Kahn | /s/ Eric Paltell |
| Steven C. Kahn, Esquire | Eric Paltell, Bar No. 445285 |
| Law Offices of Steven C. Kahn | Kollman & Saucier, P.A. |
| 5028 Wisconsin Avenue, N.W., Suite 300 | The Business Law Building |
| Washington, D.C. 20016 | 1823 York Road |
| 202-537-0047 | Timonium, Maryland 21093 |
| | 410-727-4300 |
| | (Facsimile) 410-727-4391 |
| | |
| Counsel for Plaintiff, | |
| John L. Pulley | Counsel for Defendant, |
| | The Chronicle of Higher Education |