IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN L. PULLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06cv01416 |
| THE CHRONICLE OF HIGHER EDUCATION, | * | Judge: Rosemary M. Collyer |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

### CONSENT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff John L. Pulley and Defendant The Chronicle of Higher Education, by counsel and pursuant to the Federal Rules of Civil Procedure, move to extend the deadlines for filing all motions in this matter. As grounds for this Consent Motion, the parties state:

1. On October 19, 2006, the Court issued a Scheduling Order in this matter.

1. On February 27, 2007, counsel participated in a Settlement Conference before the Honorable Judge John Facciola. Unfortunately, Judge Facciola was unable to resolve the case at the Settlement Conference, and the parties resumed discovery.

3. On March 16, 2007, the parties filed a Joint Status Report requesting that the Court's Scheduling Order be modified to give the parties until May 15, 2007 to complete discovery. Discovery was completed at that time.

4. The parties are now engaged in settlement discussions in an attempt to resolve this matter and therefore request an additional two week extension for filing motions, as follows:

     a.  Dispositive motions shall be filed no later than June 29, 2007;

     b.  Oppositions to dispositive motions shall be filed no later than July 30, 2007;

     c.  Replies in support of dispositive motions shall be filed no later than August 15, 2007.

              Respectfully submitted,

| | |
|---|---|
| /s/ Steven C. Kahn | /s/ Eric Paltell |
| Steven C. Kahn, Esquire | Eric Paltell, Bar No. 445285 |
| Law Offices of Steven C. Kahn | Kollman & Saucier, P.A. |
| 5028 Wisconsin Avenue, N.W., Suite 300 | The Business Law Building |
| Washington, D.C. 20016 | 1823 York Road |
| 202-537-0047 | Timonium, Maryland 21093 |
| | 410-727-4300 |
| | (Facsimile) 410-727-4391 |
| Counsel for Plaintiff, | |
| John L. Pulley | Counsel for Defendant, |
| | The Chronicle of Higher Education |