IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN L. PULLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06cv01416 |
| THE CHRONICLE OF HIGHER EDUCATION, | * | Judge: Rosemary M. Collyer |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the parties Consent Motion to Modify Scheduling Order, and for good cause shown, it is this _____ day of _____, 2007, hereby

**ORDERED** that the Motion be **GRANTED** as follows:

a. Dispositive motions shall be filed no later than June 29, 2007;

b. Oppositions to dispositive motions shall be filed no later than July 30, 2007;

c. Replies in support of dispositive motions shall be filed no later than August 15, 2007.

_____
Judge Rosemary M. Collyer