IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN L. PULLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:06cv01416 |
| THE CHRONICLE OF HIGHER EDUCATION, | * | Judge: Rosemary M. Collyer |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff John L. Pulley and Defendant The Chronicle of Higher Education, by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of Plaintiff's claims and Defendant's counterclaim, with prejudice, each side to bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/* Steven C. Kahn | */s/* Eric Paltell |
| Steven C. Kahn | Eric Paltell, Bar No. 445285 |
| 5028 Wisconsin Avenue, N.W. | Kollman & Saucier, P.A. |
| Suite 300 | The Business Law Building |
| Washington, D.C. 20016 | 1823 York Road |
| 202-537-0047 | Timonium, Maryland 21093 |
| | 410-727-4300 |
| | (Facsimile) 410-727-4391 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |